UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTIN MCCURTIS,

    Plaintiff,

v	No. 2:13-cv-15265

JONATHAN HENRY, MARK	HON. DENISE PAGE HOOD
BESSNER, RONALD COURTLEY,
BENJAMIN GARRISON, JOHN	MAG. R. STEVEN WHALEN
DOES, in their individual capacities,
jointly and severally,

    Defendants.

Matthew S. Kolodziejski (P71068)
Law Office of Matthew S. Kolodziejski
Attorney for Plaintiff
500 Griswold Street, Ste 2340
Detroit, MI 48226
(313) 736-5060

Joseph T. Froehlich (P71887)
John G. Fedynsky (P65232)
Attorneys for Defendants
Michigan Dep't of Attorney General
Public Employment, Elections & Tort
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434
_____/

## STIPULATED ORDER OF DISMISSAL

Upon the stipulation of the parties, as indicated by their

attorneys' signatures below, and the Court being advised in the matter,

IT IS ORDERED that, pursuant to the parties' agreement to settle, all claims against Defendants Jonathan Henry, Mark Bessner, Ronald Courtley, and Benjamin Garrison are DISMISSED WITH PREJUDICE. This order disposes of all pending claims in this action.

Date: October 20, 2014         s/Denise Page Hood
                               U.S. District Court Judge

Stipulated and Approved for Entry:


s/Matthew S. Kolodziejski (w/consent)
Matthew S. Kolodziejski (P71068)
Attorney for Plaintiff


*s/ Joseph T. Froehlich*
Joseph T. Froehlich (P71887)
Attorney for Defendant